*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided July 6, 2006

AYUMI TEMLOCK *v.* LAWRENCE G. TEMLOCK

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 505 (AC 26182/ AC 26366), is denied.

*Samuel V. Schoonmaker IV,* in support of the petition.

*Jeffrey S. Ramer,* in opposition.

Decided July 6, 2006

RIDGEFIELD BANK *v.* STONES TRAIL, LLC, ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 279 (AC 26371), is denied.

*Robert A. Fuller,* in support of the petition.

*Matthew C. Mason,* in opposition.

Decided July 6, 2006

STATE OF CONNECTICUT *v.* ERIC ALVAREZ

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 539 (AC 26478), is denied.

*Katherine C. Essington,* special public defender, in support of the petition.